RAKOFF, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
PHYLLIS SPOLANSKY,

          Plaintiff,

- against -

MARUBENI AMERICA CORPORATION,

          Defendant.
---------------------------------------------------------X

Civ. No. 07-08810 (JSR)

STIPULATION

WHEREAS, Plaintiff filed her Complaint on or about October 12, 2007,

WHEREAS, the parties wish to mediate the claims alleged therein,

NOW THEREFORE, it is hereby STIPULATED by and between the undersigned parties that Defendant Marubeni America Corporation's time to move, answer or otherwise respond to the Complaint is extended through and until thirty days following the conclusion of the mediation between the parties.

THOMPSON WIGDOR & GILLY LLP

By: _____
Kenneth P. Thompson (KT-6026)
Kathryn J. Webber (KW-9576)
350 Fifth Avenue, Suite 5720
New York, NY 10118
(212) 239-9292

COUNSEL FOR PLAINTIFF

JACKSON LEWIS LLP

By: _____
James Williams (JW-3006)
Diane Windholz (DW-9806)
59 Maiden Lane, 39th Floor
New York, NY 10038
(212) 545-4010

COUNSEL FOR DEFENDANT

DENIED

So ordered: _____
  USDJ
  11-5-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-06-07