JACKSON LEWIS LLP
59 Maiden Lane
40th Floor
New York, New York 10038
(212) 545-4000

James R. Williams (JRW 3006)
Diane Windholz (DW 9806)
ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHYLLIS SPOLANSKY,<br><br>                               Plaintiff,<br><br>          -against-<br><br>MARUBENI AMERICA CORPORATION,<br><br>                               Defendants. | **RULE 7.1 STATEMENT**<br><br><br>Case No.  07 civ 8810 |

Pursuant to Federal Rule 7.1 and to enable District Judges and Magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Marubeni America Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held: Marubeni Corporation, 4-2, Ohtemachi 1-chome, Chiyoda-ku, Tokyo 100-8088, Japan.

Date:  New York, New York
         January 2, 2008

Respectfully submitted,

JACKSON LEWIS LLP

59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

Dated: January 2, 2008
New York, New York

By: _____
James R. Williams (JRW 3006)
Diane Windholz (DW 9806)

ATTORNEYS FOR DEFENDANT