Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHYLLIS SPOLANSKY,

                Plaintiff,

    - against -

MARUBENI AMERICA CORPORATION,

                Defendant.
------------------------------------------------------------X

Civ. No. 07-08810 (JSR)

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff and Defendant, through their undersigned counsel, that Plaintiff's action against Defendant is dismissed in its entirety with prejudice, and without costs or attorneys' fees.

THOMPSON WIGDOR & GILLY LLP

By: _____
Kenneth P. Thompson (KT-6026)
Kathryn J. Webber (KW-9576)
350 Fifth Avenue, Suite 5720
New York, NY 10118
(212) 239-9292

COUNSEL FOR PLAINTIFF

JACKSON LEWIS LLP

By: _____
James Williams (JW-3006)
Diane Windholz (DW-9806)
59 Maiden Lane, 39th Floor
New York, NY 10038
(212) 545-4010

COUNSEL FOR DEFENDANT

So ordered:

_____
1-24-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-08